**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**March 31, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MATTHEW CHANNON,

Defendant - Appellant.

No. 19-2029
(D.C. No. 1:13-CR-00966-JCH-KK-1)
(D. N.M.)

---

**ORDER**

---

Before **BRISCOE**, **KELLY**, and **CARSON**, Circuit Judges.

---

This matter is before the court on appellant Matthew Channon's pro se *Motion to Recuse*. The court notes that, on March 24, 2020, after Mr. Channon filed his motion, the court granted attorney Katayoun A. Donnelly's *Motion to Withdraw* as Mr. Channon's counsel and appointed the Office of the Federal Public Defender for the Districts of Colorado and Wyoming (the "Colorado FPD") to represent Mr. Channon going forward.

Upon consideration, the court denies Mr. Channon's pro se motion without prejudice to renewal should the Colorado FPD believe the motion is meritorious and can be supported with reasoned legal argument and authorities.

The Colorado FPD's entry of appearance remains due on April 3, 2020.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Lisa A. Lee
Counsel to the Clerk