UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 19-2029 |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW CHANNON, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Circ. R. 46.1., the undersigned attorney(s) hereby appear as counsel for

MATTHEW CHANNON ,
Party or Parties

DEFENDANT-APPELLANT, in the subject case(s).
Appellant/Petitioner or ~~Appellee/Respondent~~

Further, in accordance with 10th Cir.R. 46.1.3., the undersigned certify(ies) as follows: **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☒ There are no such parties, or any such parties have heretofore been disclosed to the court.

GRANT R. SMITH, AFPD
Name of Counsel

/s/ Grant R. Smith
GRANT R. SMITH
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, CO 80202
(303) 294-7002
Email: Grant_Smith@fd.org
Email Address: COX_10ECF@fd.org

I hereby certify that on April 3, 2020, I electronically filed the foregoing Entry of Appearance and Certificate of Interested Parties using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Paige Messec, AUSA – Paige.Messec@usdoj.gov

/s/ Grant R. Smith
(Grant R. Smith)

(*See* Fed.R.App.P. 25(b)

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 19-2029 |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW CHANNON, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

None.

(Attach additional pages if necessary.)

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing **ENTRY OF APPEARANCE**:

(1) all required privacy redactions have been made;

(2) if required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3) the ECF submission was scanned for viruses with the most recent version of a commercial virus scanning program Symantec AntiVirus Corporate Edition, which is continuously updated, and, according to the program is free of viruses.

*/s/ Grant R. Smith*
Grant R. Smith
Assistant Federal Public Defender