**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 20, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MATTHEW CHANNON,

Defendant - Appellant.

No. 19-2029
(D.C. No. 1:13-CR-00966-JCH-KK-1)
(D. N.M.)

---

**ORDER**

---

Before **BRISCOE**, **KELLY**, and **CARSON**, Circuit Judges.

---

This matter is before the court on appellee's Unopposed Motion for Extension of Time to File Response to Defendant's Motion for Recusal (the "Motion"). Upon consideration, the Motion is granted. The appellee shall file a response on or before May 11, 2020.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk