**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 13, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MATTHEW CHANNON,

Defendant - Appellant.

No. 19-2029
(D.C. No. 1:13-CR-00966-JCH-KK-1)
(D. N.M.)

---

**ORDER**

---

Before **BRISCOE**, **KELLY**, and **CARSON**, Circuit Judges.

---

This matter is before the Court on Appellant's Motion for Recusal. Upon consideration, the motion is denied.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk