**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**September 1, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BRANDI CHANNON,

Defendant - Appellant.

No. 19-2028
(D.C. No. 1:13-CR-00966-JCH-KK-2)
(D. N.M.)

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MATTHEW CHANNON,

Defendant - Appellant.

No. 19-2029
(D.C. No. 1:13-CR-00966-JCH-KK-1)
(D. N.M.)

---

**JUDGMENT**

---

Before **BRISCOE**, **KELLY**, and **CARSON**, Circuit Judges.

---

These cases originated in the District of New Mexico. Appeal number 19-2028 was submitted on the briefs at the direction of the court, and 19-2029 was argued by counsel. The judgments of that court are affirmed.

If defendants Brandi Channon or Matthew Channon were released pending appeal, the court orders that, within 30 days of this court's mandate being filed in District Court,

they shall surrender to the United States Marshal for the District of New Mexico. The District Court may, however, it its discretion, permit the defendants to surrender directly to a designated Bureau of Prisons institution for service of sentence.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk